UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ALANE JOY LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-57-B-W |
| | ) | |
| BATH IRON WORKS, et al., | ) | |
| | ) | |
| Defendants. | | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed August 3, 2006, the Recommended Decision is accepted.

1. It is hereby ORDERED that the Complaint against Defendants General Dynamics and the United States Navy be and hereby is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii) as it fails to state a claim against either Defendant.

2. It is further ORDERED that the Complaint against Defendant Bath Iron Works be DISMISSED as well as the Plaintiff has failed to comply with an Order to submit an Amended Complaint that clearly sets forth her claims against Defendant Bath Iron Works.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 5th day of September, 2006